*Frank H. Mott* and *Michael D. Lombardo* for appellants.
*Glenn W. Woodin, District Attorney (John S. Leonard* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.

In the Matter of OSCAR GOLDSCHLAG, Appellant, against WILLIAM F. DEEGAN, as Tenement House Commissioner of the City of New York, et al., Respondents.

(Argued May 14, 1930; decided June 3, 1930.)

*Joseph Sterling* for appellant.

*Hamilton Ward, Attorney-General* (*Harold Riegelman* and *H. H. Nordlinger* of counsel), for State of New York, respondent.

*Arthur J. W. Hilly, Corporation Counsel* (*Elliot S. Benedict* and *J. Joseph Lilly* of counsel), for Tenement House Commissioner, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.